| | |
|---|---|
| 1 | Russell W. Miller Jr., SBN187728 |
|   | Eric A. Dumars, SBN 226374 |
| 2 | **MILLER LAW GROUP** |
|   | Attorneys at Law |
| 3 | 816 'H' Street, Suite #108 |
|   | Sacramento, California 95814 |

Telephone:   (916) 447 7223         **OK/HAV**
Facsimile:   (916) 447 3406

Attorneys for Defendant
**Dominick SPICKLE**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> **Dominick SPICKLE**, <br> Defendant. <br> _____ / | CR. No. S-04-0216-DFL <br><br> **Stipulation to Court as Between Counsel** <br><br> Next Court Date: Sep. 2, 2005 <br> Time: 10:30am <br> Judge: Levi |

Counsel for both parties hereby stipulate to the following:

(1)   This case is currently set for a sentencing hearing on September 2, 2005.

(2)   **All counsel wish to have this matter taken off the morning calendar of September 2, 2005 ad re-set for September 22, 2005 for a sentencing hearing.**

(3)   It is appropriate that time be excluded in this matter pursuant to local rule T-4.

Respectfully Submitted,

  /S/ Eric A. Dumars                                         Dated: August 26, 2005
Eric A. Dumars,
Attorney for Defendant


  /S/ Russell Miller                                          Dated: August 26, 2005
Russell Miller,
Attorney Substituting In as Counsel for Defendant


  /S/ Anne Pings                                              Dated: August 26, 2005
Anne Pings,
United States Attorney

Eric A. Dumars, SBN 226374
Attorney at Law
816 'H' Street, Suite #108
Sacramento, California 95814

Telephone:   (916) 447 7223
Facsimile:   (916) 447 3406

Attorneys for Defendant
**Dominick SPICKLE**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>v.<br><br>**Dominick SPICKLE**,<br>　　　　　Defendant.<br>_____/ | CR. No. S-04-0216-DFL<br><br>**Declaration to Court Concerning Stipulation as Between Counsel** |

I, Eric A. Dumars, do declare as truthful the following:

(1)   I am attorney of record for Mr. Spickle and up until August 1, 2005, I was associate attorney of the Miller Law Group.

(2)   I have changed attorney positions and now am a Deputy Public Defender in Merced County, California.

(3)   I am filing a Substitution of Attorney with this stipulation, whereby Russell Miller, principal attorney for the Miller Law Group, is substituting in as counsel of record for the Defendant.

(4)   I never spoke directly with US Attorney Anne Pings regarding the above stipulation, however, it was reported to me by the personnel at the Miller Law Group that she did in fact agree to this stipulation to continue the sentencing hearing.

(5)   If I was miss-informed concerning Counselor Ping's stipulation or need be contacted for any other purpose, I can be contacted directly with the following information:

　　　　　New Mailing Address: Merced County Public Defender's Office
　　　　　　　　　　　　　　　　2222 M St
　　　　　　　　　　　　　　　　Merced, CA 95340
　　　　　Phone:　　　　　　　　(209) 385-7692 ext. 4123
　　　　　Fax:　　　　　　　　　(209) 725-8873
　　　　　Email:　　　　　　　　ericdumars@msn.com

Respectfully Submitted,　　　　　　　　　　　　　　　　Dated: August 26, 2005
 /S/ Eric A. Dumars
Eric A. Dumars,
Attorney at Law

Russell W. Miller Jr., SBN187728
Eric A. Dumars, SBN 226374
**MILLER LAW GROUP**
Attorneys at Law
816 'H' Street, Suite #108
Sacramento, California 95814

Telephone:     (916) 447 7223
Facsimile:     (916) 447 3406

Attorneys for Defendant
**Dominick Spickle**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PEOPLE OF THE UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>    v.<br><br>**Dominick Spickle**,<br>        Defendant._____/ | CR. No. S-04-0216-DFL<br><br><br><br>**PROPOSED ORDER** |

**ORDER**

Having received a stipulation as between counsel that this matter should be continued and time excluded pursuant to local rule T-4, it is hereby ordered the sentencing hearing currently set for September 2, 2005 be vacated, and this case be set for a sentencing hearing on September 22, 2005 at 10:00 a.m. before the Honorable Judge Levi. Time is to be waived pursuant to local rule T-4.

  /s/ David F. Levi                                      Dated:   9/2/2005

United States District Court Judge