Russell Miller, SBN 187728
**MILLER LAW GROUP**
Attorneys at Law
816 'H' Street, Suite #108
Sacramento, California 95814

Telephone:    (916) 447 7223
Facsimile:    (916) 447 3406
Attorneys for Defendant
**Dominick SPICKLE**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA (Sacramento)

The United States                              CR. No. S-04-0216-DFL
Plaintiff,
                                               **Substitution of Attorney**
    v.

Dominick SPICKLE,
Defendant.
_____/

It is hereby stipulated that Dominick SPICKLE and his current attorney of record, Eric A. Dumars, consent to the substitution of the Russell Miller, of the Miller Law Group as the attorney of record, effective forthwith. The new address and telephone of record is:

>                Attn:  Russell Miller
>                816 'H' Street, Suite #108
>                Sacramento, CA 95814
>                Phone: (916) 447-7223
>                Fax:   (916) 447-3406

Dated:  August 26, 2005

                          /S/ Dominick Spickle
                         Dominick Spickle, Appellant

Dated:  August 26, 2005

                          /S/ Russell Miller
                         Russell Miller, Attorney at Law

Dated: August 26, 2005

                          /S/ Eric Dumars
                         Eric A. Dumars, Attorney at Law

SO ORDERED    /s/ David F. Levi_____
              Hon. David F. Levi, U.S. District Judge

Dated: 9/2/2005