IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                No. Cr. S-04-216-DFL

   v.                          O R D E R

DOMINICK SPICKLE,

        Defendant.
_____/

   The motion to extend the surrender date is DENIED.

   IT IS SO ORDERED.

Dated: October 25, 2005

                                          /s/ David F. Levi
                                          U.S. District Judge